JAMES ANDREW HINDS, JR. (SBN 71222)
jhinds@jhindslaw.com
PAUL R. SHANKMAN (SBN 113608)
pshankman@jhindslaw.com
RACHEL M. SPOSATO (SBN 306045)
rsposato@jhindslaw.com
HINDS & SHANKMAN, LLP
21257 Hawthorne Blvd., Second Floor
Torrance, CA 90503
Telephone: (310) 316-0500
Facsimile: (310) 792-5977

Attorneys for the Debtor and Defendant, Tsai-Luan Ho
(aka Tsai Ho aka Shelby Ho)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>TSAI LUAN HO aka SHELBY HO,<br><br>        Debtor.<br><br>ANDREA A. WIRUM, Chapter 7 Trustee,<br><br>        Plaintiff,<br>v.<br><br>TSAI LUAN HO,<br><br>        Defendant. | Case No.: 18-bk-30581-DM<br><br>(Chapter 7)<br><br>Adv. Proc.: 18-ap-03051-DM<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE** |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE AND ALL PARTIES-IN-INTEREST:**

Please take notice that the undersigned enters an appearance within this case on behalf of the Tsai Luan Ho, Defendant and hereby request that any and all notices given or

required to be given in this case and all papers served or required to be served in this case be delivered and served upon the person listed below at the following address, telephone number, facsimile number and email address:

>Rachel M. Sposato
>HINDS & SHANKMAN, LLP
>21257 Hawthorne Blvd., 2nd Floor
>Torrance, CA 90503
>Tel: (310) 316-0500 Fax: (310) 792-5977
>Email: rsposato@jhindslaw.com

Dated: September 21, 2018     Respectfully Submitted,

HINDS & SHANKMAN, LLP


By:   /s/  Rachel M. Sposato
RACHEL SPOSATO
Attorneys for the Debtor and Defendant,
Tsai-Luan Ho (aka Tsai Ho aka Shelby Ho)

# Certificate of Service

I am employed in Torrance, California. I am over the age of 18 and not a party to this action; my business address is 21257 Hawthorne Blvd., Second Floor, Torrance, CA 90503.

I hereby certify that on September 21, 2018, I served **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE** on the following parties or counsel of record:

- James Andrew Hinds    jhinds@jhindslaw.com
- Charles P. Maher    cmaher@rinconlawllp.com, aworthing@rinconlawllp.com
- Paul Shankman    pshankman@jhindslaw.com
- Andrea A. Wirum    awirum@wirum.com, CA22@ecfcbis.com

X    Electronic Transmission: I electronically transmitted an accurate copy to the notification electronic mail address(es) of record below using my email address of mduran@jhindslaw.com, and I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful. A copy of the sent email will be maintained with the original document(s) in our office.

___    By Placing the ___ original ___ an accurate copy in sealed envelope(s) to the notification address(es) of record and sending by:

   ___    U.S. Mail: I arranged for the envelope(s) to be delivered by first-class mail. I am readily familiar with the firm's practice of collection and processing of First Class Mail. It is deposited with the Postal Service on the same day with postage thereon fully prepaid at Torrance, California in the ordinary course of business and deposited in a mailbox or other like facility regularly maintained by the United States Postal Service.

   ___    Overnight Delivery: I arranged for the envelope(s) to be delivered by overnight delivery by close of business of the next business day. I am readily familiar with the firm's practice of collection and processing parcels for overnight carrier. They are deposited with the overnight carrier or at a location authorized to receive parcels on behalf of the overnight carrier on the same day, fully prepaid at Torrance, California in the ordinary course of business.

___    Personal Delivery: the original a true copy thereof to be delivered by hand to the notification address(es) of record by an employee or independent contractor of a registered California process service.

I declare under penalty of perjury and the laws of the State of California that the above is true and correct.

Executed on the 21st day of September 2018, in Torrance, California

                 /s/Mayra Duran
                 MAYRA DURAN